ACCEPTED
03-15-00265-CR
6629169
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 4:54:18 PM
JEFFREY D. KYLE
CLERK

COURT OF APPEALS

THIRD JUDICIAL DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 4:54:18 PM
JEFFREY D. KYLE
Clerk

AUSTIN, TEXAS

| | | |
|---|---|---|
| ROBIE LEE LAW | § | COURT OF APPEALS |
| Appellant | § | NO. 03-15-00265-CR, |
| | § | NO. 03-15-00277-CR, |
| | § | NO. 03-15-00288-CR |
| VS. | § | |
| THE STATE OF TEXAS, | § | |
| Appellee | § | DISTRICT COURT NO. CR 36868 |

STATE'S MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

COMES NOW, the State of Texas, by and through its undersigned attorney, and respectfully requests that the Court grant an Extension of Time for Filing the State's Brief in the above reference cause.

Pursuant to Rules 38.6 and 10.5(b), Texas Rules of Appellate Procedure, the Petitioner would show in support of this Motion that:

1.  The current deadline for filing Appellee's Brief was August 21, 2015.

2.  The length of time requested for an extension is an additional 3 days until August 24, 2015;

3.  The reasons for the need for an extension are that:

1) Attorney for the State believed that he had until the 23rd to file the brief. The brief is ready and will be filed if the motion is granted.

4. The State has not previously been granted any extensions.

Respectfully submitted,

/s/ Joseph P. Johnson
Joseph P. Johnson
Assistant County and District Attorney
Milam County, Texas
204 N. Central, Cameron, Texas 76520
Phone: (254) 697-7013
Fax: (254) 697-7016
jjohnson@milamcounty.net
State Bar No. 24092587

## CERTIFICATE OF CONFERENCE

In accordance with Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with the attorney for only other party in this case, Tyler Pennington, on the merits of this motion and that office has no objection to this motion.

/s/ Joseph P. Johnson
Joseph P. Johnson

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing State's Motion for Extension of Time to File Appellee's Brief has been delivered to Tyler Pennington, attorney for the Appellant, on this 24th day of August, 2015. The copy of this motion was delivered via facsimile to Tyler Pennington, 106 S. Harris St., Ste. 125, Round Rock, Texas 78664, at (866) 736-3690. Mr. Pennington represents Robie Lee Lawhon in this matter.

/s/ Joseph P. Johnson
Joseph P. Johnson